HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REBECCA ELMORE,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH LEHMAN,<br><br>    Defendant. | Case No. C05-5382 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

  (1) The documentation provided by plaintiff shows a monthly income of approximately $400.00 per month. (Dkt. # 1).

  (2) Plaintiff's motion to proceed *in forma pauperis* is **DENIED**.

  (3) Plaintiff has thirty days from the date of this order to pay the full filing fee.

  (3) The clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

  DATED this 9th day of August, 2005.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE